

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-81,768-01

### IN RE RAMON CASTILLO, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 85-CR-3655-A FROM BEXAR COUNTY

*Per curiam*.

## **O R D E R**

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in Bexar County, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Bexar County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting a copy of a timely filed order which designates issues to be investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that Relator has not filed an application for a writ of habeas corpus in Bexar County. Should the response

include an order designating issues, proof of the date the district attorney's office was served with the habeas application shall also be submitted with the response. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: July 30, 2014
Do not publish